# IN THE
## FOURTEENTH COURT OF APPEALS OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 25 2015

CHRISTOPHER A. PRINE
CLERK

NOS. 14-15-00659 CR; 14-15-00660-CR CR; 14-15-00661 CR; 14-15-00662-CR

In Re: Prophet Ronald Dwayne Whitfield, Petitioner

Prophet Ronald Dwayne Whitfield's Tex. R. App. Proc. ___, Rule ___, motion for Rehearing of Order Denying motion to File Petition for Writ of Mandamus for Failure to Include Certified Copy of Minutes of Trial Court

To The Honorable Justices of Said Court!

Now comes prophet, Ronald Dwayne Whitfield pro se, and would Respectfully Show the Court as follows:

## I. COPIES

Attached hereto are certified copies of the docket sheet and minutes of the subject courts below. I thought I had made clear in a separate filing that this court's records contained the docket sheet and minutes of the subject courts from previous appeals taken to this court regading these same cases. I also last Friday brought here a copy of an order of dismissal of an appeal in federal court.

There, as was supposed to have been here, the 5th circuit USCA dismissed the appeal not because, as this court dismissed my earlier appeals, for lack of a final judgment. This court did not examin its jurisdiction on basis of a judgment rendered and entered but relied on something else that caused it to believe the notices of appeal were untimely. However, no judgments were rendered and entered for appeals to be untimely.

As for the minutes of cause number 492674, the judge has supposedly -- the court coordinator set my motion for hearing for

judgment nunc pro tunc but the Court coordinators of the other courts - - - —

I recorded conversations. Judges clearly know they have rendered no judgments and clerks have entered no judgments in minutes and they still just do not want to afford me due process. As such, I sued here out writs (orders) sounding in mandamus — to compell that I be given Due Process.

/s/ Prophet Ronald [signature]

# RECORD REQUEST

PLEASE COMPLETE BEFORE SUBMITTING

Case Number ___492674___

Style _____

_____Vs_____

Date Requested __8/25/15__ Time _____

Circle One: CIVIL  FAMILY  JUVENILE
MISDEMEANOR  (FELONY)

Circle One:  (CASE FILE

EXHIBIT

JUDGMENT & SENTENCE

COURT MINUTE BOOK

INDEX PRIOR TO 1969

NATURALIZATION RECORD

APPEAL / TRANSCRIPTS

FEE DOCKET BOOK

351ST
COURT
8/6/15

Other: _____

Court __351__ Vol. __3__ Page __4MM__

Customer's Name ___MARIE___

**Telephone Number**

| *****FOR HCDCO USE ONLY***** |
| --- |

Complete when unable to locate record/file:
( ) Case file currently in Court #_____
( ) Further research required
( ) Check CFTS for case file location
( ) Check prior locations (if applicable)
( ) Check refiles
( ) Check oversized files
( ) Check DEEDS
( ) Check every 10, 100, 1,000, 10,000 case file
        range of case year and all years
( ) Inventory entire year
Removed By:_____
Deputy:_____

Date Pulled _____ Time _____

Rev. FHR11-08-2009  TechRecCenter003.doc

NO. 557164

THE STATE OF TEXAS VS.

RONALD DWAYNE WHITEFIELD

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

OFFENSE: BURGLARY OF VEHICLE WITH/ INTENT TO COMMIT THEFT

ATTORNEY FOR STATE:

ATTORNEYS FOR DEFENDANT:

SCIRE FACIAS INFORMATION:

S. F. NO.

BONDSMAN

AMOUNT OF BOND     NO BOND

SETTINGS:

OTHER INFORMATION:

C3308 D Pg.1

FILED     MAR 5 1990

174TH

GENERAL ORDER OF COURT
MAR 02 1990     FELONY COMP...
PROBABLE CAUSE HEARING SET FOR MAR 02 1990

MAR 3 1990

DEFENDANT APPEARED WITHOUT COUNSEL ...
CASE RESET TO ...

MAR - 5 1990

AS COUNSEL FOR THE DEFENDANT ...

The Defendant, _Whitefield_ Appeared ...

In Person With Counsel _Allen Tanner_

L. Brents

Court Reporter: _Carol Hayes_

Judge Presiding: _Jim Barr_

DEFENDANT WAIVED ARRAIGNMENT     MAR 5 1990

DEFENDANT, WAIVED ARRAIGNMENT AND FORMAL READING OF THE INDICTMENT IN OPEN COURT

PLEADED _____

FELONY IN

GENERAL ORDERS OF THE COURT

The Court has assessed punishment not exceeding that recommended by the State ... the Defendant and his attorney. Permission to appeal will not be granted in this case absent written authorization by the Court.

THE COURT FOUND THE DEFENDANT GUILTY; AND

DEFENDANT COMMITTED THE SAID OFFENSE

2nd DAY OF March A.D. 19 90

... ASSESSED THE PUNISHMENT AT 2 cys 70C Error 997og

... days in the Texas Department of Corrections

... sentence to run

35-90

of

Credit on restitution + days TDC.

The Court Orders the Defendant, if paroled, to reimburse Harris County the sum of $ 15 , said amount having been paid court appointed counsel to represent Defendant

The Court further finds pursuant to Art. 40.49 Sec. 15(g) of ...

crime John Parker Hwy 45 Spring Tx 77386 , in the

amount of $ 760

C3308 D PG.2

12-30-04 Notice of Appeal filed.

RECORDER'S MEMORANDUM:
At the time of recordation. this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy. discolored paper. etc. All blockouts. additions and changes were present at the time the instrument was filed and recorded.

4 of 7

NO. 525468

THE STATE OF TEXAS VS.

RONALD WAYNE WHITFIELD (1)

OFFENSE: THEFT OF

ATTORNEY FOR STATE:

ATTORNEYS FOR DEFENDANT:

SCIRE FACIAS INFORMATION:

S.F. NO.

AMOUNT OF BOND 2,000

BONDSMAN

SETTINGS:

OTHER INFORMATION:

C3308 D Pg.1

FILED MAR 22 1989

GENERAL ORDER OF COURT
MAR 16 1989

MAR 17 1989      PROBABLE CAUSE HEARING SET FOR MAR 17 1989

MAR 22 1989   FELONY INDICTMENT   FELONY COURT

APR 19 1989

THE STATE OF TEXAS ANNOUNCED
READY FOR TRIAL IN WRITING.

THE DEFENDANT, Whitfield                 APPEARED
IN PERSON WITH COUNSEL
ASST. D.A.
CT. REPORTER:
HON. _____ PRESIDING

DEFENDANT, WAIVED ARRAIGNMENT AND FORMAL
READING OF THE INDICTMENT, IN OPEN COURT
PLEADED   guilty

Jury waived by Defendant in person and in writing, in open court; waiver approved by the Court and consented to and approved in writing by State's Counsel. Defendant pleads guilty and appearing to the Court to be sane, is admonished by the Court of the consequences of said plea. Defendant persists in pleading guilty. Defendant's plea entered: adjudged guilty; penalty, recommendation of the State.

THE COURT FOUND THE DEFENDANT GUILTY AND THAT
THE SAID DEFENDANT COMMITTED THE SAID OFFENSE
ON THE 10 DAY OF March A.D. 1989
THE COURT ASSESSED THE PUNISHMENT AT 5 yr TDC

Imposition of this sentence is suspended and Defendant is placed on Adult Probation for a period of 5 years. Refer to Judgment. THE PROBATION A COPY OF THE CONDITIONS OF for terms and conditions of probation. CONDITIONS O

35468

JUL 05 1989

THE DEFENDANT FILED A PAUPERS OATH
THE COURT APPOINTED Allen McGraw
AS COUNSEL FOR THE DEFENDANT

Whitfield

Whitfield 5-26-89

JUL 26 1989 THE DEFENDANT, Whitfield APPEARED
IN PERSON WITH COUNSEL (Allen McGraw)
ASST. D.A. Nickolas
CT. REPORTER Carla Baraski
HON. Frank Price PRESIDING

Both sides announced ready on motion to revoke probation.
State read said motion to revoke, entered a plea of not
true thereon, and the rule invoked. State testimony
at 11:28 A.M. Defense testimony began at 11:50 A.M. At 11:58 A.M.
State rebuttal testimony. State argument 9 defense argument
of rule invoked. Evidence that the deft did violate the terms
9 probation in that he committed the offense of Burg. of a
Habitation in Harris County, Texas on April 28, 1989.

THIS SENTENCE TO BEGIN 7-26-89, further, Credit of 144

less than 2 years nor more than 5

years in the Texas Department of Corrections.

Defendant sentenced to not

1-3-05 Notice of appeal file

11-3-05 Mandate received from 14th Court of Appeals.

C3308 D PG. 2.

8-27-02 Pro Se Notice of Appeal of ...

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

NO. _____ 528856 °

THE STATE OF TEXAS VS.

OFFENSE:
BURGLARY OF MOTOR VEHICLE

ATTORNEY FOR STATE: _____

SCIRE FACIAS INFORMATION:

S. F. NO. _____

SETTINGS:

OTHER INFORMATION:

C3308 D Pg.1

RONALD DWAYNE WHITEFIELD (1)

ATTORNEYS FOR DEFENDANT: _____

AMOUNT OF BOND _____   NO BOND

BONDSMAN _____

FILED MAY 2 1989

GENERAL ORDER OF COURT _____   337
APR 24 1989 FILED COMPLAI...

PROB... CAUSE HEARING SET FOR APR 25 1989

APR 25 1989 THE DEFENDANT, Whitefield APPEARED
IN PERSON WITHOUT COUNSEL

The Defendant received his statutory warnings from the Court and acknowledged to the Court that he understood said warnings.

THE DEFENDANT FILED A PAUPERS OATH.
THE COURT APPOINTED _____
AS COUNSEL FOR THE DEFENDANT.

COURT RULED THAT PROBABLE CAUSE EXISTS; CASE S...
EXAMINING TRIAL ON _____
AGENDA ON _____ 19 __, GRAN...
_____ 19 8 AND ARRAIGNME...

MAY 2 1989 FELONY INDICTMEN...
MAY 26 1989

THE DEFENDANT, Whitefield APPEARED
IN PERSON WITH COUNSEL Roland Moore

JUN 15 1989 THE DEFENDANT, Whitefield
IN PERSON WITH COUNSEL Roland Moore

**GENERAL ORDERS OF THE COURT**

JUL 05 1989

Whitfield

THE DEFENDANT FILED A PAUPER'S OATH.
THE COURT APPOINTED _____
AS COUNSEL FOR THE DEFENDANT.

JUL 26 1989

AUG 4 1989

THE DEFENDANT, _____ APPEARED
IN PERSON WITH COUNSEL _____

ASST. D.A. _____

CT. REPORTER: Carl Burster
HON. Pete Moore, PRESIDING

DEFENDANT, WAIVED ARRAIGNMENT AND FORMAL
READING OF THE INDICTMENT IN OPEN COURT.

PLEADED _____ Guilty _____

Jury waived by Defendant in person and in writing in open court; waiver approved
by the Court and consented to and approved in writing by State's Counsel.
Defendant in person and appearing to the Court to be sane; it admonished by
the Court of the consequences of said plea; Defendant persisting in pleading guilty;
Defendant's plea entered; adjudged guilty; penalty; recommendation of the State;

_____ The Court has assessed punishment not exceeding that
recommended by the State and agreed to by the Defendant
and his attorney. Permission to appeal will not be granted
in this case absent written authorization by the court.

ten days time waived; Defendant sentenced to not

less than _____ years nor more than 5

years in the Texas Department of Corrections.

Sentence to begin 4-24-89

2009 2900

THE COURT FOUND THE DEFENDANT GUILTY AND THAT
THE SAID DEFENDANT COMMITTED THE SAID OFFENSE
C3308 D 242 DAY OF _____ 89
THE COURT ASSESSED THE PUNISHMENT AS 5 yrs TDC